AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

PETER T. LINN
_____
Plaintiff(s)

v.

HEARTH & HAUS LLC
_____
Defendant(s)
AKA CARL MOORE

Civil Action No. 2:26 CV 193

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARL MOORE  HEARTH & HAUS, LLC
629 W. AVE C
PORT ARANSAS, TX 78373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PETER T. LINN PRO-SE
P.O. BOX 1358
PORT ARANSAS, TX 78373

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JULY 2, 2026

_____
Signature of Clerk or Deputy Clerk